# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinoia | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Melvin Price Federal Building
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/02/2010 | Mathis, Marifian & Richter Ltd. See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Mathis, Marifian & Richter, Ltd | $13,710.32 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judical Center | 03/23/17 | Charleston, SC | Nat'l Workshop for Bankruptcy Judge-1 | 1,804.87 |
| 2. | The Court | 05/03/17 | Indianapolis, IN | Seventh Circuit Judical Conference | 1,255.51 |
| 3. | The Court | 11/13/17 | Chicago, IL | Seventh Circuit Bankruptcy Conference | 1,081.84 |
| 4. | Bankrutcy Association of Southern IL | 05/04/17-05/05/17 | Fairview Heights, IL | Food & Misc-Annual Judge's Dinner on behalf of BASIL. Misc for "goody bags". | 1,129.55 |

| 5. | University of Kentucky-Continuing Legal Education Judge Joe Lee Bankruptcy Institute | 06/08/17-06/09/17 | Lexington, KY | Mileage & Meals | 364.53 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Payable | None |
| 2. | FCB Swansea | Mortgage on building by MMRG Building LLC | None |
| 3. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 4. | Bank of Belleville | Mortgage on building by MMRG Building LLC | P1 |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Variable Annuity (H) | | | | | | | | | |
| 2. International Equity Franklin Tpl | C | Dividend | K | T | | | | | |
| 3. Small Cap Growth Wellington | D | Dividend | K | T | | | | | |
| 4. Russell Non-US | C | Dividend | K | T | | | | | |
| 5. Domestic Equity Delaware Mgmt | D | Dividend | K | T | | | | | |
| 6. Focused Appreciation Janus | D | Dividend | K | T | | | | | |
| 7. Equity Income T Rowe Price | C | Dividend | K | T | | | | | |
| 8. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 9. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 10. Large Cap Blend Fiduciary Mgmt | A | Dividend | J | T | | | | | |
| 11. Large Cap Core Stock | A | Dividend | J | T | | | | | |
| 12. Mid Cap Core Stock | A | Dividend | J | T | | | | | |
| 13. Small Cap Value T Rowe Price | A | Dividend | J | T | | | | | |
| 14. International Equity Franklin Tmpl | A | Dividend | J | T | | | | | |
| 15. International Growth FIAM LLC | A | Dividend | J | T | | | | | |
| 16. Select Bond Wells Capital Mgmt | A | Dividend | J | T | | | | | |
| 17. Strategic Bond (formerly Russell Core Bond) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Long Term US Govt Bond Pimco | B | Dividend | K | T | | | | | |
| 19. High Yield Bond Federated Inc | A | Dividend | J | T | | | | | |
| 20. Global Real Estate (formerly Russell Global Real Estate) | A | Dividend | J | T | | | | | |
| 21. Money Market Black Rock | A | Dividend | J | T | | | | | |
| 22. Raymond James Trust U/A dtd 07/02/98 (H) | | | | | | | | | |
| 23. Cash/Money Market Series 2 term (Y) | | | | | | | | | |
| 24. Apple Inc (APPL) | B | Dividend | M | T | | | | | |
| 25. First Eagle Global Fund A (SGENX) | D | Dividend | M | T | Sold (part) | 08/07/17 | K | D | |
| 26. First Eagle US Value Fund A (FEVAX) | D | Dividend | L | T | Sold (part) | 08/07/17 | J | C | |
| 27. Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | M | T | | | | | |
| 28. Freeport McMorgan Copper and Gold Class B (FCX) | | None | J | T | | | | | |
| 29. FT Capital Strength Ser 2 Cash (Y) | | | | | | | | | |
| 30. Ivy Core Equity Fund (WCEAX) | D | Dividend | L | T | | | | | |
| 31. Raymond James (H) | | | | | | | | | |
| 32. Federated Kaufmann Large Cap A (KLCAX) | A | Dividend | L | T | Sold (part) | 08/04/17 | K | E | |
| 33. First Trust Technology Dividend Portfolio Series 5 (Y) | | | | | | | | | |
| 34. Fundamental Investors Fund Class A (ANCFX) | D | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Capital Spectrum Fund Class C (PVSCX) | | None | L | T | | | | | |
| 36. Federated Strategic Value (SVAAX) | D | Dividend | K | T | Sold (part) | 08/04/17 | K | C | |
| 37. Lord Abbott Growth (LGLCX) | C | Dividend | L | T | | | | | |
| 38. American Funds Europacific (AEPFX) | A | Dividend | J | T | | | | | |
| 39. AF American Mutual F2 (AMRFX) | A | Dividend | J | T | Sold (part) | 08/02/17 | J | A | |
| 40. Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | Sold (part) | 07/31/17 | J | A | |
| 41. JPMorgan US Large Cap Core Plus (JLPSX) | B | Dividend | J | T | | | | | |
| 42. MFS Research Fund Class A (MFRFX) | A | Dividend | J | T | | | | | |
| 43. T Rowe Price Small Cap Value Adv (PASVX) | A | Dividend | J | T | Sold (part) | 11/14/17 | J | A | |
| 44. Clearbridge Equity (SOPYX) | A | Dividend | J | T | | | | | |
| 45. Wells FargoAdvantage Int (WFVIX) | A | Dividend | J | T | | | | | |
| 46. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 47. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | Sold (part) | 08/02/17 | J | A | |
| 48. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | J | T | Buy (add'l) | 08/02/17 | J | | |
| 49. Prudential Absolute (PADZX) | A | Dividend | J | T | | | | | |
| 50. First Trust S&P Reit Index Fund (Y) | | | | | | | | | |
| 51. Ishares TR MSCI Denmark (EDEN) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Institutional High Yield (FIHBX) | A | Dividend | J | T | | | | | |
| 53. Pioneer Fundamental Growth (PIGFX) | C | Dividend | L | T | | | | | |
| 54. First Trust Cyclical Strength Portfolio Series 10 Term | A | Dividend | | | Buy (add'l) | 06/26/17 | J | | |
| 55. | | | | | Sold | 07/25/17 | K | D | |
| 56. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | K | T | Buy (add'l) | 07/31/17 | J | | |
| 57. First Trust Cyclical Strength Portfolio Series 2 Term | | None | | | Sold | 01/23/17 | K | A | |
| 58. Thornburg Core Growth Fund Class C (TCGCX) | | None | | | Sold | 08/04/17 | K | C | |
| 59. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | K | T | | | | | |
| 60. First Trust Biotechnology Series 30 Term | A | Dividend | | | Sold | 10/02/17 | K | B | |
| 61. Clearbridge Aggressive Growth Fund (SAGCX) | | None | | | Sold | 10/02/17 | K | A | |
| 62. Raymond James (H) | | | | | | | | | |
| 63. Cash/Money Market | A | Interest | J | T | | | | | |
| 64. Blackrock Global A (MDLOX) | C | Dividend | L | T | | | | | |
| 65. Blackrock Global B (MBLOX) (Y) | | | | | | | | | |
| 66. Loomis Sayles Income Fund Class A (NEFZX) (Y) | | | | | | | | | |
| 67. Lord Abbott Bond (LBNDX) | A | Dividend | K | T | | | | | |
| 68. Pineywoods, Swansea, IL (2001 $226,000) | | None | M | R | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MMRG Building, Belleville, IL (2003 $370,000) | E | Rent | N | R | | | | | |
| 70. Merrill Lynch (H) | | | | | | | | | |
| 71. Cash/Money Market | A | Interest | K | T | | | | | |
| 72. FIA Card Services Money Market Account | A | Interest | L | T | | | | | |
| 73. Comcast Corp New CL A (CMCSA) | A | Dividend | | | Sold (part) | 07/17/17 | J | A | |
| 74. | | | | | Sold | 10/12/17 | K | D | |
| 75. Danaher Corp DEL COM (CMCSA) | A | Dividend | K | T | | | | | |
| 76. Franklin Income Fd Adv (FRIAX (Y) | | | | | | | | | |
| 77. Honeywell Intl Inc Del (HON) | A | Dividend | K | T | | | | | |
| 78. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | Sold (part) | 07/31/17 | J | B | |
| 79. Mondelez International Inc (MDLX) | A | Dividend | | | Sold (part) | 01/24/17 | J | A | |
| 80. | | | | | Sold (part) | 03/15/17 | J | A | |
| 81. | | | | | Sold | 07/12/17 | J | B | |
| 82. Putnam Capital (PVSYK) (Y) | | | | | | | | | |
| 83. Putnam Diversified (PDVYX) (Y) | | | | | | | | | |
| 84. Starwood Property TR (STWD) | B | Dividend | | | Sold (part) | 05/11/17 | J | A | |
| 85. | | | | | Sold (part) | 06/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/05/17 | J | A | |
| 87. Time Warner (TWX) (Y) | | | | | | | | | |
| 88. Under Armor Inc (UA) | | None | | | Sold | 02/08/17 | J | A | |
| 89. Kinder Morgan Energy Partners LP (Y) | | None | | | | | | | See Note in Part VII |
| 90. Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | |
| 91. Bank of America Merrill Lynch Wealth Mgmt (Y) | | | | | | | | | |
| 92. Money Market Checking Sweep Acct | A | Interest | K | T | | | | | |
| 93. AXA Equitable Life Ins Co Accumultor | B | Int./Div. | M | T | | | | | |
| 94. Apple Inc (AAPL) | B | Dividend | M | T | Sold (part) | 08/07/17 | K | D | |
| 95. NXP Semiconductor (NXP) | | None | | | Sold | 05/19/17 | J | D | |
| 96. Ishares MCSI Frontier (FM) (Y) | | | | | | | | | |
| 97. First TR Exchange Traded FD Dow Jones IN (FDN) (Y) | | | | | | | | | |
| 98. Fireeye Inc (FEYE) (Y) | | | | | | | | | |
| 99. Amazon Com Inc (AMZN) | | None | L | T | Sold (part) | 06/02/17 | K | D | |
| 100. | | | | | Sold (part) | 10/16/17 | K | D | |
| 101. Eli Lilly Co (LLY) | A | Dividend | | | Sold | 05/11/17 | K | B | |
| 102. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonald's Corp (MCD) | A | Dividend | K | T | | | | | |
| 104. Constellation Brands Inc (STZ) | A | Dividend | K | T | | | | | |
| 105. Fireeye Inc (FEYE) (Y) | | | | | | | | | |
| 106. Hennessey Cornerstone Mid (HIMDX) (Y) | | | | | | | | | |
| 107. Verizon Communications (VZ) | A | Dividend | | | Sold (part) | 05/11/17 | J | A | |
| 108. | | | | | Sold (part) | 05/19/17 | J | A | |
| 109. | | | | | Sold | 06/28/17 | K | A | |
| 110. AQR Manages Futures Strategy Fund (AQMNX) | | None | J | T | Buy (add'l) | 07/31/17 | J | | |
| 111. First Trust Capital Strength Portfolio Series 33 Term | A | Dividend | K | T | | | | | |
| 112. Harding Loevner Emerg Markets Fund (HLEMX) | A | Dividend | J | T | | | | | |
| 113. Artisian International Fund (APDIX) | A | Dividend | J | T | | | | | |
| 114. Pfizer Inc (PFE) | A | Dividend | | | Sold | 05/11/17 | J | A | |
| 115. DST Systems Inc (DST) | | None | | | Sold | 01/03/17 | J | A | |
| 116. Sunamerica Focused (FDSWX) | B | Dividend | | | Sold | 05/23/17 | K | B | |
| 117. NVDIA | A | Dividend | L | T | Sold (part) | 02/09/17 | J | C | |
| 118. | | | | | Sold (part) | 10/11/17 | K | D | |
| 119. American Waterworks (AWK) | A | Dividend | | | Sold | 03/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Zimmer Biomet (ZBH) | A | Dividend | | | Buy (add'l) | 02/08/17 | J | | |
| 121. | | | | | Sold | 05/04/17 | J | A | |
| 122.  Salesforce Com Inc (CRM) | | None | | | Sold | 01/03/17 | J | A | |
| 123.  Ventas Inx (VTR) | | None | | | Sold | 03/06/17 | K | A | |
| 124.  AT&T | A | Dividend | | | Sold (part) | 05/11/17 | J | A | |
| 125. | | | | | Sold | 06/28/17 | K | A | |
| 126.  Devon Energy Corp (DVN) | A | Dividend | | | Sold | 06/26/17 | K | A | |
| 127.  Nuveen AMT Free Quality (NEA) | A | Dividend | J | T | | | | | |
| 128.  SPDR Dow Jones Indust (DIA) | A | Dividend | | | Sold (part) | 01/30/17 | K | A | |
| 129. | | | | | Sold | 2/28/17 | K | B | |
| 130.  Ishares National Muni (MUB) | A | Dividend | K | T | | | | | |
| 131.  Facebook (FB) | | None | K | T | | | | | |
| 132.  Nike Inc CL (NKE) (Y) | | | | | | | | | |
| 133.  Nuveen Perf Pls Muni (NPP) (Y) | | | | | | | | | |
| 134.  Mastercard (MA) | A | Dividend | K | T | | | | | |
| 135.  Unitedhealth Group Inc (UNH) (Y) | | | | | | | | | |
| 136.  Invesco Municipal (OIA) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Vaneck Vectors High (HYD) (Y) | | | | | | | | | |
| 138.  Realty Incm MD (REIT) (Y) | | | | | | | | | |
| 139.  Royal Dutch Shell PLC (RDSB) (Y) | | | | | | | | | |
| 140.  First Trust TR Managed (FMB) (X) | A | Dividend | K | T | | | | | |
| 141.  Federated Kaufman (KAUAX) (X) | B | Dividend | K | T | | | | | |
| 142.  AIG Focused (FDSAX) (X) | A | Dividend | J | T | | | | | |
| 143.  Thornburg Intl Growth Class C (TIGCX) | B | Dividend | K | T | Buy | 08/04/17 | K | | |
| 144.  Advanced Micro (AMD) | | None | | | Buy | 03/03/17 | K | | |
| 145. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 146. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 147. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 148. | | | | | Sold | 12/06/17 | K | A | |
| 149.  Altria Group (MO) | A | Dividend | | | Buy | 01/24/17 | J | | |
| 150. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 151. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 152. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/06/17 | K | A | |
| 155. Broadcom (AVG) | A | Dividend | K | T | Buy | 01/30/17 | J | | |
| 156. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 157. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 158. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 159. Cardinal (CCL) | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| 160. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 161. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 162. Cypress Semiconductor (CY) | A | Dividend | K | T | Buy | 05/31/17 | J | | |
| 163. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 165. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 166. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 167. DowDupont (DWDP) | A | Dividend | K | T | Buy | 09/18/17 | J | | |
| 168. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 169. Expedia (EXPE) | A | Dividend | | | Buy | 08/02/17 | K | | |
| 170. | | | | | Sold | 11/01/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. General Dynamics | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| 172. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 173. | | | P2 | | Buy (add'l) | 05/11/17 | J | | |
| 174. Grubhub (GRUB) | | None | K | T | Buy | 02/09/17 | J | | |
| 175. Waste Management (WM) | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 176. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 177. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 178. Health Care Select (HLV) | A | Dividend | K | T | Buy | 05/11/17 | K | | |
| 179. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 180. Ishares NASDAQ Biotech (IBV) | A | Dividend | K | T | Buy | 05/17/17 | J | | |
| 181. | | | | | Buy (add'l) | 06/28/17 | K | | |
| 182. Lord Abbott Floating (LFRFX) | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 183. Oakmark Intl (OAKIX) | B | Dividend | L | T | Buy | 04/27/17 | K | | |
| 184. | | | | | Buy (add'l) | 05/23/17 | K | | |
| 185. | | | | | Buy (add'l) | 09/12/17 | J | | |
| 186. Powershares KBW (KBWB) | | None | | | Buy | 07/05/17 | J | | |
| 187. | | | | | Sold | 09/11/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Putnam Short Duration (PSDYX) | A | Dividend | | | Sold | 02/22/17 | J | A | |
| 189. Sector SPDR Consumer (XLP) | A | Dividend | K | T | Buy | 09/06/17 | K | | |
| 190. First Trust S&P Dividend Arisrocrats Target 25 | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 191. First Trust Tech Select Series 63 | A | Dividend | L | T | Buy | 01/23/17 | K | | |
| 192. Federated Kaufman Small Cap Class A (FKASK) | B | Dividend | K | T | Buy | 10/02/17 | K | | |
| 193. Federated International Strategic Value Div (IVFAX) | B | Dividend | L | T | Buy | 08/04/17 | L | | |
| 194. CREO Grandy | | None | J | T | Buy | 04/01/17 | J | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II
Line 1   Payments on percentage of collections of fees for work performed and generated by Judge prior to departure,


Part VII
 Line 68 -Residential Real Property which is currently occupied by mother.  No income received.
Line 89 Publicly Traded Partnership sold in 2016
Line 90 Publicly Traded Partnership that generates interest and dividends

Investment sold in 2016 not shown on 2016 Financial Disclosure
Line 106 Hennessy          Sold 05/24/16   J   A
Line 132 Nike               Sold 09/14/16   J   A
Line 135 Unitedhealth      Sold 09/14/16   J   A
Line 136 Invesco Muni    Sold 09/14/16   J   A
Line 137 Vancek Vectors  Sold 09/14/16   K   A
Line 138 Realty Incm      Sold 12/05/16   J   A
Line 139 Royal Dutch     Sold 09/14/16   K   A

Investments listed on 2016 Financial Disclosure with no notation in column of  D of sale of investment
With no balance at beginning of reporting period and no activity in 2017
Line 29 FT Capital Strength Ser 2 Cash
Line 33 First Trust Technology Dividend Portfolio Series 5
Line 50 First Trust S& P Reit Index Fund
Line 51 Ishares TR MSCI Denmark (EDEN)
Line 65 Blackrock Global B (MBLOX)
Line 66 Loomis Sayles Income Fund Class A (NEFZX)
Line 76 Franklin Income Fund Adv (FRIAX)
Line 82 Putnam  Capital (PVSYK)
Line 83 Putnam Diversified (PDVYX)
Line 87 Time Warner (TWX)
Line 96 Ishare MCSI Frontier (FM)
Line 97 First TR Exchange Traded FD Dow Jones (FDN)
Line 98 Fireeye Inc (FEYE)
Line 105 Fireeye Inc (FEYE)
Line 133 Nuveen Perf Pls Muni (NPP)

In the 2016 Financial Disclosure, lines 58, 83, 115, 139, 145, 151, 154, 214, 218, 221 and 226 were  incorrectly listed as "sold (part)" when they should have been
 reported as "sold".
These assets were not held at anytime during 2017.

Prepared by Janet Frederking
Phone 618-236-1903

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544